IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANI JACKSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>ATLANTIC SAVINGS OF AMERICA;<br>DEUTSCHE ALT-A SECURITIES<br>MORTGAGE LOAN TRUST 2007-1;<br>AMERICA'S SERVICING COMPANY;<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEM; CHICAGO TITLE COMPANY; DB<br>STRUCTURED PRODUCTS, INC.; ACE<br>SECURITIES CORP.; HSBC BANK USA;<br>WELLS FARGO BANK N.A.; and Does<br>1-10 Inclusive,<br><br>    Defendants.<br>_____/ | No. C 13-5755 CW<br><br>ORDER DISMISSING<br>CASE FOR FAILURE<br>TO PROSECUTE |

   On September 26, 2014, the Court issued orders granting Defendants' motions to dismiss (Docket No. 13 and 23).  The order gave Plaintiff until October 31, 2014 to amend her complaint.

   Accordingly, because Plaintiff has not filed an amended complaint or sought an extension of time to do so, this action is dismissed without prejudice for failure to prosecute.

   IT IS SO ORDERED.

Dated:  December 9, 2014

CLAUDIA WILKEN
United States District Judge